**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amber Keates, | No. CV-19-04623-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Koile, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiff Amber Keates' Response to Order to Show Cause (Doc. 62) why this case should not be reassigned to Judge Wake in accordance with LRCiv 3.7.

When a civil action is voluntarily dismissed and a related civil action is later filed in this District, LRCiv 3.7 requires the filing party to file a separate notice with their complaint identifying the dismissed action by its complete case number, including the initials of the assigned Judge, to permit the Clerk to assign the newly filed action to the Judge who was last assigned to the dismissed action. In her Response, Plaintiff acknowledges and apologizes for her failure to comply with this rule. However, her attempt to show cause why this case should not be reassigned to Judge Wake is rooted in her assertions that Judge Wake's comments and actions during the trial in the related action would cause a reasonable observer to question whether Judge Wake would act with fairness and propriety during proceedings in the Present Action. Plaintiff, however, does not and has not moved to disqualify Judge Wake. Moreover, the appropriate remedy for Plaintiff's

1  error is defined by what would have happened had Plaintiff made the required disclosure.
2  Thus, the Court declines to treat Plaintiff's Response as a de facto disqualification motion.
3  Accordingly,
4      **IT IS HEREBY ORDERED** that that this matter is reassigned to the Honorable
5  Neil V. Wake.  All future pleadings and papers submitted for filing shall bear the following
6  complete case number, CV-19-04623-PHX-NVW.
7      Dated this 9th day of June, 2020.

_____
G. Murray Snow
Chief United States District Judge

- 2 -